No. 04-01-00557-CV



IN RE Timothy J. MORAVITS,





Original Mandamus Proceeding


From the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CI-00297


Honorable Michael Peden, Judge Presiding



PER CURIAM


Sitting: Paul Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: October 24, 2001 


PETITION FOR WRIT OF MANDAMUS DENIED

 On August 22, 2001, relator filed a petition for writ of mandamus. On October 8, 2001, real
party in interest filed a response. This court has determined that the relator is not entitled to the relief
sought. Therefore, the petition is DENIED. Tex. R. App. P. 52.8(a).


 PER CURIAM

DO NOT PUBLISH